UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TBITHA PARKER, individually and on
behalf of all others similarly situated,

Plaintiff,

CASE NO.: _____

v.

IRBSEARCH, LLC,

Defendant.

_____/

**DEFENDANT'S UNOPPOSED NOTICE OF AND PETITION FOR REMOVAL**

Defendant, IRBSearch, LLC ("Defendant") by and through its undersigned counsel, and pursuant to 28 U.S.C. §§ 1331, 1441, 1446 and applicable Federal Rules of Civil Procedure and Local Rule of the United States District Court for the Middle District of Florida, hereby files this Notice of and Petition for Removal ("Petition for Removal"). Defendant hereby requests that this Court remove this action, which is styled: Tabitha Parker, individually and on behalf of all others similarly situated, vs. IRBSearch, LLC, and designated Case No.: 22-CA-004980 Division: E, from the Circuit Court of the Thirteenth Judicial Circuit in and for Hillsborough County, Florida, Civil Division, in which the action is now pending, to the United

CASE NO.:

States District Court for the District of Florida, Division ("Circuit Court Case"). The removal of this action is based on the following:

**BACKGROUND**

1. On or about June 14, 2022, the Complaint relative to the Circuit Court Case was filed in the Thirteenth Judicial Circuit in and for Hillsborough County, Florida. A true and correct copy of the Complaint is being filed with this Court along with this Petition for Removal.

2. Plaintiff's Complaint alleges that Defendant, who performs background checks for employers relative to prospective new hires, violated the Florida Civil Rights Act ("FCRA") and various subsections of 15 U.S.C. § 1681. Plaintiff raises these violations on behalf of herself and as a prospective class member.

3. Specifically, Plaintiff's Complaint brings six counts—Counts I through IV raise reporting violations under various sections of 15 U.S.C. § 1681 and Counts V and VI raise defamation claims under Florida law.

4. Plaintiff's claims under 15 U.S.C. § 1681 are within the original jurisdiction of the United States District Court, pursuant to 28 U.S.C. § 1331.

5. Pursuant to 28 U.S.C. § 1367, "the district court shall have supplemental jurisdiction over all other claims that are so related to claims in the

CASE NO.:

action within such original jurisdiction that they form part of the same case or controversy under Article III of the United States Constitution."

6.  There is no dispute that the Florida claims arise out of the same transaction and occurrence (the furnishing of background information specific to the Plaintiff or each respective putative class member) as the conduct giving rise to the Federal claims.

7.  Therefore, the Court has supplemental jurisdiction over Plaintiff's claims arising under Florida Law. 28 U.S.C. § 1367.

8.  Defense Counsel discussed removal with Plaintiff's Counsel, and Plaintiff's counsel had no objection to removing this action to Federal Court.

## VENUE

9.  The United States District Court for the Middle District of Florida, Tampa Division, includes the judicial circuit in which Plaintiff filed her Complaint. Thus, removal to this Court is proper pursuant to 28 U.S.C. § 1446(a).

## COMPLIANCE WITH PROCEDURAL REQUIREMENTS

10. 28 U.S. Code § 1446 (b)(1) provides:

The notice of removal of a civil action or proceeding shall be filed **within 30 days after the receipt by the defendant, through service or otherwise**, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based, or within 30 days after the service of summons upon the defendant if such initial pleading has then been filed in court and is not required to be served on the defendant, whichever period is shorter.

CASE NO.:

(emphasis added).

11. Plaintiff's Complaint was served upon Defendant on August 9, 2022. This Petition has been filed within 30 days of same. Therefore, this Petition is timely. *Id.*

12. Copies of all process, pleadings, orders and other papers or exhibits of every kind currently on file with the state court are being filed with this Court along with this Notice of and Petition for Removal, as required by 28 U.S.C. § 1446(a) and Local Rule 4.02 M.D. Fla.

13. Pursuant to 28 U.S.C. § 1446(d), Defendant will promptly provide written notice of this removal to all parties in this action and will file a copy of this Notice of and Petition for Removal in the Circuit Court of the Thirteenth Judicial Circuit in and for Hillsborough County, Florida.

**WHEREFORE**, Defendant, IRBSearch, LLC , respectfully requests that the United States District Court for the Middle District of Florida, Tampa Division, accept the removal of this action from the state court and direct that the Circuit Court of the Thirteenth Judicial Circuit in and for Hillsborough County, Florida, have no further jurisdiction of this matter unless and until this case is remanded.

CASE NO.:

## LOCAL RULE 3.01(g) CERTIFICATION

Defendant's counsel conferred with Plaintiff's counsel regarding this removal, and Plaintiff's counsel does not oppose the removal of this matter to Federal Court.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 29th day of August, 2022, a true and correct copy of the foregoing was filed with the United States District Court for the Middle District of Florida, Tampa Division Clerk of Court and delivered via electronic mail to:

> COLE, SCOTT & KISSANE, P.A.
> Counsel for Defendant *IRBSEARCH, LLC,*
> 4301 West Boy Scout Boulevard
> Suite 400
> Tampa, Florida 33607
> Telephone (813) 509-2691
> Facsimile (813) 286-2900
> Primary e-mail: daniel.nicholas@csklegal.com
> Secondary e-mail: daniel.nicholas@csklegal.com
>
> By: s/ Daniel A. Nicholas
> DANIEL A. NICHOLAS
> Florida Bar No.: 0847755
> JORDAN I. LEVITATS
> Florida Bar No.: 1025535

0389.0221-00/-1